## STATE OF CONNECTICUT *v.* JOHN INGRAM

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 385 (AC 31396), is denied.

*Annacarina Jacob*, senior assistant public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided February 3, 2012

## STATE OF CONNECTICUT *v.* JOHN MCCORMACK

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 490 (AC 31584), is denied.

*Alan Jay Black*, assigned counsel, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided February 3, 2012

## STATE OF CONNECTICUT *v.* GARY DILLARD

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 414 (AC 31732), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided February 3, 2012